UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LAMAR BROWN,                                                :
                                Plaintiff,         :
                                                            :   23 Civ. 1567 (LGS)
              -against-                              :
                                                            :   ORDER
A.W. FABER-CASTELL USA, INC.,                               :
                                Defendant.        :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 6, 2023, required the parties to file a proposed case management plan and joint letter by April 5, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for April 12, 2023, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **April 10, 2023, at 12:00 P.M.**

Dated: April 7, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**