UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :

LAMAR BROWN,                              :

                              Plaintiff,     :                23 Civ. 1567 (LGS)

                                                             :

                   -against-              :                  <u>ORDER</u>

                                                            :

A.W. FABER-CASTELL USA, INC.,         :

                                   Defendant.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Order dated May 2, 2023, the deadline for Defendant to

answer or otherwise respond to the Complaint was June 2, 2023;

       WHEREAS, no such response was filed.  It is hereby

       **ORDERED** that by **June 9, 2023**, Defendant shall answer or otherwise respond to the

Complaint.

Dated: June 6, 2023
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                **UNITED STATES DISTRICT JUDGE**